UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

9/20/2016

Thomas I. Puleo, Esq.
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

In Re: 16-cv-03984  United States of America v. Wengyn

Dear Mr. Puleo:

    A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service must be made by October 20, 2016 in accordance with Rule 4(j) of the Federal Rules of Civil Procedure.  Proof of service must be filed with the Clerk's Office within five days of service.  If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

Deputy Clerk to Judge Kearney

Civ. 22