IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| v. | : NO. 16-3984 |
| JOSEPH P. WENGYN III a/k/a J.P. WENGYN a/k/a J.P. WENGYN III | : |

## ORDER

AND NOW, this 28th day of October 2016, upon consideration of the United States' Motion for Service by Posting Property and Certified Mail (ECF Doc. No. 4) with supporting Affidavit and finding the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint, it is **ORDERED** the United States' Motion (ECF Doc. No. 4) is **GRANTED** and it may serve the Summons and Complaint on the Defendant by, on or before **November 7, 2016,** posting a copy of the Summons and Complaint on the property at the Defendant's last known address and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

KEARNEY, J.