# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: _____

Sheriff's Sale Date: _____

V.

JOSEPH P. WENGYN III A/K/A J.P. WENGYN A/K/A J.P. WENGYN III; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JOSEPH P. WENGYN III A/K/A J.P. WENGYN A/K/A J.P. WENGYN III the above process on the 29 day of October, 2016, at 11:30 o'clock, A.M, at 3548 PICKERTOWN ROAD CHALFONT, PA 18914, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __PA__ )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158034
Case ID #:4732865

Subscribed and sworn to before me this __31__ day of __OCT__, 20__16__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# PS Form 3877 — Firm Mailing Book for Accountable Mail

**Name and Address of Sender:**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | JOSEPH WENGYN WENGYN, JOSEPH P. III a/k/a J.P. WENGYN a/k/a J.P. WENG 1710 N 16Th Street Reading, PA 19604 | | | | | | | | | | | |
| 2. | JOSEPH WENGYN WENGYN, JOSEPH P. III a/k/a J.P. WENGYN a/k/a J.P. WENG 3548 Pickertown Road Chalfont, PA 18914 | | | | | | | | | | | |

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE »PITNEY BOWES
ZIP 19106  $ 002.44⁰
02 1W
0001391829 NOV 02 2016

USPS CONTINENTAL STATION PHILA PA 19106 NOV -2 2016

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office
Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-158034  Bucks County  Sale Date:
JOSEPH P. WENGYN III a/k/a J.P. WENGYN a/k/a J.P. WENGYN III

PCO NB

USPS Manifest Mailing System                                                              Page    1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
|  | Sequence Number<br>5321-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703742526752<br>9171999991703742526752 | The Unknown Heirs of Amber J Harman, Deceased<br>109 Ann Street<br>Duncannon, PA 17020 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526769<br>9171999991703742526769 | LEARN, MARIA L<br>51 Lady Diana Circle<br>Marlton, NJ 08053 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526776<br>9171999991703742526776 | LUCAS A/K/A FRANK LUCAS, FRANK M.<br>402 Flowerwood ct<br>Brentwood, TN 37027 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526783<br>9171999991703742526783 | ROGERS, MARICE<br>5537 CROWSON ST<br>PHILADELPHIA, PA 19144 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526790<br>9171999991703742526790 | ROGERS, MARICE<br>2007 VALLEY VIEW DR<br>FOLCROFT, PA 19032 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526806<br>9171999991703742526806 | ROGERS, MARICE<br>157 West Penn Street<br>Philadelphia, PA 19144 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526813<br>9171999991703742526813 | ROGERS, MARICE<br>5550 Crowson Street<br>Philadelphia, PA 19144 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526820<br>9171999991703742526820 | WENGYN, JOSEPH P. III a/k/a J.P. WENGYN a/k/a J.P. WENGYN III<br>3548 Pickertown Road<br>Chalfont, PA 18914 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703742526837<br>9171999991703742526837 | WENGYN, JOSEPH P. III a/k/a J.P. WENGYN a/k/a J.P. WENGYN III<br>1710 N 16Th Street<br>Reading, PA 19604 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| Page Totals<br>Cumulative Totals | | | 9<br>9 | 14.76<br>14.76 | 43.65<br>43.65 | | 58.41<br>58.41 |