UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

November 25, 2016

**FILED**

NOV 25 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

Thomas I. Puleo
KML Law Group PC
701 Market Street STE 5000
Philadelphia, PA 19106

RE: United States of America v. Joseph P. Wengyn, III

CIVIL ACTION NO.: 16-cv-3984

Dear Mr. Puleo:

A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by Defendant Joseph P. Wengyn, III.

If such a pleading is not filed by the above named defendant on or before December 5, 2016 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by December 15, 2016 the court may enter an order dismissing the case against the above named defendant for lack of prosecution.

Very Truly Yours,

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail:   Joseph P. Wengyn, III