UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff<br><br>v.<br><br>JOSEPH P. WENGYN III a/k/a J.P. WENGYN<br>a/k/a J.P. WENGYN III,<br>                      Defendant | No. 16-03984<br><br>**FILED**<br>DEC 1 2016<br>LUCY V. CHIN, Interim Clerk<br>By _____ Dep. Clerk |

## DEFAULT JUDGMENT

AND NOW, this _1st_ day of _December_, 2016, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday, July 22, 2016 and, after due service of process on Defendant, JOSEPH P. WENGYN III a/k/a J.P. WENGYN a/k/a J.P. WENGYN III, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, JOSEPH P. WENGYN III a/k/a J.P. WENGYN a/k/a J.P. WENGYN III, in the amount of $9,840.68. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 12/1/16

                                            Clerk, United States District Court
                                            Eastern District of Pennsylvania

                                    By: _____
                                            Deputy Clerk